IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) NO. 3:24-00230 |
| | ) |
| v. | ) 18 U.S.C. § 922(g)(1) |
| | ) 18 U.S.C. § 924 |
| | ) |
| MARIO L. SMITH | ) |

# INDICTMENT

### COUNT ONE

THE GRAND JURY CHARGES:

On or about November 13, 2023, in the Middle District of Tennessee, the defendant, **MARIO L. SMITH**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce, a firearm, to wit: a Smith & Wesson, Model: M&P M2.0, 9mm, pistol.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924.

A TRUE BILL

FOREPERSON

THOMAS J. JAWORSKI
ACTING UNITED STATES ATTORNEY

HERBERT L. BUNTON III
ASSISTANT UNITED STATES ATTORNEY

FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.
DEC 18 2024
DEPUTY CLERK